IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TROY A. BARNES,

    Petitioner,

v.                                    5:13cv182-WS

MICHAEL D. CREWS,

    Respondent.

## ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 13) docketed November 14, 2013. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to comply with an order of the court. The petitioner has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

4. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   19th   day of   December  , 2013.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE